Case number 20-7018. Inna Khodorkovskaya appellant versus Jacquelyn Gay and Kenneth K. Lynn. Mr. Foster for the appellant, Ms. Wall for the appellee. Good morning counsel. Mr. Foster when you're ready please proceed. Thank you your honor. Good morning and may it please the court. The court below erred in concluding that no reasonable person could believe that Inna Khodorkovskaya had been really called a prostitute and a murderer and even if that were not the case that those were simply unverifiable facts. To the contrary the entire play focuses on the poem that's set forth in the prologue and its theme. The downfall of a powerful man because of his captivation by a voluptuous prostitute who orchestrates a murder for which he is blamed. Mr. Foster can I ask how do we know that the whole play focuses on that poem? I've watched the play and to be honest I'm not sure I'm not sure what it focuses on. I think that's open to interpretation. I believe if when you repeat something three or four times during a play it's pretty focused. Mr. Foster the tiger appears two or three or four times it's it's not a play about a tiger. No I agree it's not in fact the tiger is nothing other than another literary method of showing the Putin character strength and power. That's just kind of I think the point of your opposing counsel is a lot of the play is whether we call it literary method, literary license, artistic license, dramatic license, poetic license, historic license. This is a concept that's so familiar in art that we we had half a dozen or a dozen words for it. How do we know that the portrayal of your play has a historic license? Because the play has a theme and there's no question about what the theme is. The theme is the downfall of a powerful man because of his fascination with the prostitute who orchestrates the murder which causes his downfall. Assume Mr. Foster that I think that we can't know with certainty what the theme of the play is that that's a question of that a hundred people might give a hundred different answers to. Assume I think that I know you don't think that. Tell me how you can still win. Because that's the issue for the jury. The issue for the court is can it be interpreted this way? The issue for the jury is does a reasonable audience interpret it that way? And so when we look to a reasonable audience I worry that your argument would require us not to ask what a reasonable audience member would think but rather what the most gullible possible audience member would think. Because I will admit I think there is probably an audience member in the crowd that will watch that play and will think gullibly that everything he is watching is an assertion of historical fact. The same as if he were reading an affidavit. But I'm not sure how a reasonable audience member could possibly think that when for one thing there's not only a tiger but there's a ghost. There's Vladimir Putin quoting poetry. It just seems like there's a lot in this in this play that a reasonable audience member would say as I say when I'm watching a movie like Braveheart or a TV show like The Crown. I wonder what's true. I'm not sure. Maybe I'll look it up on the internet or maybe I won't and it's more fun to just not know. Isn't that what a reasonable audience member would tell me why a reasonable audience member would not think that? That's the standard. I think what Moldea tells us about Milkovich is that when somebody does a play of this sort an author and a playwright that they have to be sure that they don't as Bugliosi says they have to be sure that they avoid the impression that they are asserting objective facts and when you... Mr. Foster tell me and then I'll get out of the way here. Tell me how I can distinguish this play from a TV show I just mentioned that frankly I've been watching all week is Netflix's The Crown and some of its true and some of its false and the writer of it says I made some of it up and if you go on the internet and Google how much of The Crown is true and what in The Crown is false and he goes episode by episode. How is this play different than that TV show or is your argument that the Queen of England has a false light claim against the Netflix show The Crown? The Crown had implied forcefully that the Queen of England was a prostitute and a murderer. She would have had a false light claim. What this boils down to is you can't as they as as it says in Moldea you can't just cloak a garden variety libel in a literary form and get away with it. So can I ask a question? I think what what you said earlier and at least in my mind is one of the key questions in the case which is what goes to the jury and what is something that a court decides and doesn't let it go to the jury and you don't take the position that there can never be a work of historical fiction that's a play such that there are certain things in the play that take license with respect to history and a court could decide as a matter of law that that's just not something is going to go to a jury. There's got to be some situations in which a court can decide that as a matter of law. Can you just make sure you're speaking into your microphone I'm having a little trouble hearing you sorry. I'm sorry sir yes sir. I don't take that position but the closer you get in your literary work to calling somebody a serious criminal the less leeway you have. Why is that? Because that seems to me you can take literary license or dramatic license with that kind of assertion no less than with any other kind of assertion. So it's is your position that it's the nature of the assertion that determines whether it's something that goes to the jury? It's not only my assert my position I think that's the position of this circuit in in Moldea. That's what the that's what the court says in Moldea. In fact in Moldea it says talking about Milkovich it says Milkovich did not disavow the importance of context but discounted it in the circumstances of that case. This would not be the case talking about Moldea if the review had in had said it was a badly written book because its author was a drug dealer. In that case it would parallel Milkovich. The reviewer would have been employing the medium of a book review who for what was a garden variety libel. So can you so so I think there's there's several different issues in a case like this one of them is whether something's capably defamatory and of course it's true that when you accuse somebody of being a criminal there's more of a sense that it's defamatory than some other things you could say about them. I get that but is it your view that you can never have a play that's a work of historical fiction that suggests that a character is a criminal and have that be something that's interpreted as a matter of drama or every time you make a suggestion in a play that someone is a criminal that's necessarily something that goes to the jury? No not at all in fact that's what I think Levin teaches us that if you want if you're making that suggestion and you lay it out with three or four possible scenarios or two possible scenarios with facts supporting each one and give the audience the choice between those scenarios you can do that. Is that right then so the playwright is limited to putting on a play I mean first of all it's gonna make a lot of plays four times as long as if you have to sell it set out four scenarios right and so one question is is that what a playwright has to do or can they give one scenario that itself is something that's a matter of conjecture? No it's not that I suspect that it's not that you have to give alternative scenarios to the audience you can take you can just choose one scenario and still describe it in such a way that it's still understood by the audience or should be deemed to be understood by the audience as something that's a dramatic suggestion because it's entertaining as opposed to an assertion to pact. If you if you are careful and tell the audience that most important if your play can have meaning without it saying that the person is a criminal here this play has no meaning in the absence of the fact that Anna is a prostitute and a murderer because that is the theme of the play the downfall is caused by his fascination with this woman and that she is this person if they wanted to say if he created the murder that would have been a theme for the play but that's not what they said. But I guess it's to me it seems like we're conflating two things for these purposes for purposes of this appeal the district court assumed that the play asserted that she was a prostitute and a murderer and then all I'm willing to assume what you're saying which is that this is a theme of the play that's for purposes of the exchange we're having right now the question in my mind is even if we assume that that's the theme of the play is an supposed to be deemed to assume that the play actually is accurately recounting what in fact happened as a matter of historical fact or is an audience member thinking well yeah this is loosely based on historical episode on a historical episode but it's just drama and so I don't actually know what particular part of this is true and not true it's just giving me something that's supposed to entertain the audience it in fact has segments of the play where the characters are directly speaking to the audience nobody thinks that actually happened as a matter of history and so the whole thing is couched in this notion that yeah we're taking some dramatic license here we're grounding it in historical fact and none of this should be taken as the gospel truth about what in fact happened it's a drama about things that may or may not have happened I don't think that's what the play does. The play is devoid of meaning if that's what it's doing. The only way it has meaning is to assert that she is a prostitute and a murderer and that that caused his downfall. Otherwise the play has no meaning at all. Okay let me make sure my colleagues don't have additional questions if they do please. None for me. I think you're muted Judge Walker. Thanks sorry about that. One question Mr. Foster can you give me the the best case that you think I should go read that involves a play or a television show or a movie and you know for your sake this this case would presumably rule in favor of a plaintiff in a false light claim or a defamation claim or or something like that but it needs to not be a newspaper article or a book review or an op-ed or a book it needs to be a work of art on stage or on the screen. Can you give me a case I should go read? The only one that I that I can come up real with real quickly that was a work of art as you put it it that you watch as opposed to one that you read I don't think there is a distinction but assuming that there is a distinction that's de Havilland which is the is the work of art but and and and de Havilland itself shows us that there the court concluded that it was as you describe it. Was Partington not a TV did Partington not involve a TV show? Partington was the that's Bugliosi yeah yes it did involve the TV show and I'm glad you said that judge because that Bugli that Partington is the case which specifically warns producers and authors of docudramas it uses the word and that's what the judge below seemed to like to call this to avoid creating the impression that they are stating accurate facts historical facts. Well I just wanted to make sure I was am I I'm just trying to recollect what the facts involved did in fact involve a show or did involve an article or both I can't remember. I believe it involved a book and a show maybe okay yes I believe it was a show based upon a book. Who won in Partington the plaintiff or the defendant won in Partington? Your best cases on your side are cases where the plaintiff's lost. Well I think if the case is set forth the circumstances in which the plaintiff wins then yes but by I think our best case is Bugliosi in this circuit and I think it sets out the law absolutely. Thank you sir. Thank you. I do have a question. Mr. Foster number one you let's see you seem to say that this play has to have meaning do you have any authority for that proposition frankly although I didn't watch it I did get a scene-by-scene description of it and it had very little meaning to me if any and the other question is can we not use the playbill which gives at least constructive notice that this is a fictional play? To answer your last question first I don't think you can but even if you do the nomenclature that you place upon it is not going to save it because you can if a work that purports to be a work of fiction just saying that it is a work of fiction doesn't save it just like just saying it's a docudrama doesn't say save it if it infers that the person is a cannot have any meaning to whatever extent it does have meaning if it will have zero meaning at the end if it has no artistic value whatsoever then it becomes pornography as it were and the question is does the nonsense that introduces pornography save it? Well does the nonsense sense save this this thing in which Ms. Gordachovsky is called a prostitute and a murderer and I don't think you can just put a title on it and save something. Okay thank you. Yes ma'am. Thank you Mr. Foster. We'll give you some time for rebuttal. Ms. Wall. Thank you sir. Thank you your honor. Barbara Wall on behalf of the appellees. May it please the court. The district court correctly ruled that the First Amendment protects the artistic expression that is the play at issue and requires dismissal of both the false light and the intentional infliction of emotional distress claims. It is abundantly clear that this is not a factual endeavor. This is a play. It is pure fiction in the words of Partington. Why would you say it's pure fiction? It seems to me that it's that that seems to be taking a bit far. I mean it's grounded in actual historical events. There's no doubt that the mayor in fact was murdered. The mayor was murdered and there are characters who have names similar to those in real life. Well are they similar? I thought that they were the actual names. Some are real names. Well how about the plaintiff? That is there is the Ina character has that similarity. How about Vladimir Putin? He shares the same name. How about her husband? He shares the same name. Right so the relevant people it seems like and the mayor. The mayor as well as the Mikhail characters two business colleagues and there is a Yuko Soil. That's how all correct. I mean I understand I I get that you're saying shares the same name. I don't I don't know exactly what the layer of remove is between is that same name or shares the same name because it seems to me they are the play is describing the actual people in the world. That doesn't necessarily mean that you lose but it seems to me to say that it's purely fiction allies what can make these kind of this kind of case difficult which is that at least in some situations I would assume that a production that recounts historical fact and purports to accurately recount historical fact can be the subject of a defamation or tort action of the kind that's at issue here on the basis that even though it's purporting to recount by to every jot and tittle historical fact it's actually getting grievously wrong injuriously wrong some part of it or do you think that can never happen? Well I don't want to say never but as the tagline of the play says it's a fictional play inspired by historic events. So there are some similarities but there are also vast vast dissimilarities. If you looked at the general arc of the story there is a man named Mikhail Khodorkovsky and he got into a big dispute with Putin. He was a and then he was released. That's what the complaint says and he has a wife in real life whose name is Ina Khodorkovskaya. I would submit that while there are similarities to that in the play the aspects of the play that the plaintiff finds grievous are constructs. So then the question in my mind is which in which situations does a question like that go to the jury and in which situations does a court decide it as a matter of law even on a motion to dismiss? And let me ask you about Hustler v. Falwell because you cite it in your briefs and in Hustler v. Falwell the same issue that to me lies at the center of this case which is whether the portrayal of the individual in this case as a prostitute and a murderer. I know you reject you think it doesn't portray her as a prostitute and a murderer but just let's assume that it does because the district court did and that's the posture in which we face the case now. The the question is whether that portrayal is describing something that's an actual fact or is it something that should be deemed by the viewer to be within the can of dramatic license? And in Falwell that question went to the jury and what you're saying is here that question should be decided as a matter of law and I'm not suggesting that you're necessarily right or wrong I'm just wondering why it is that in a case like Falwell that question went to the jury and in a case like this it would not go to the jury. The court has the gatekeeping function if the cause of action fails to stand as a matter of law as this one does not the court has the obligation to dismiss it and I think a closer case than Falwell is the Farah case out of this circuit in which the court said and that was the case just to because I know there are a lot of these that was the court the case where there was a a satirical statement posted in which the an opponent of a book writer about Obama birther allegations put up a statement on a blog post saying that the publisher was going to stop publishing and pulp all of these books related to claims about then President Obama the court and real people were confused there were people who responded by saying do I get my money back about this book what's happening here and the court explained at great length about how satire works and real people's names don't make the First Amendment protections go away so I don't disagree with you on that I think you could have certainly you can have a work of art that uses real people's names and it's grounded in historical events but takes dramatic license and ought to be understood by the audience as being a work of dramatic license such that they can't take literally everything that's said I think that's that just seems like that has to be true my question is how do we draw the distinction between those situations in which that issue whether the work is asserting the disputed the the disputed fact as an assertion of historical fact or whether it's something as to which the audience ought to understand that it's it's a matter of dramatic license how do we determine those cases in which the court decides that as a matter of law and those cases in which it's sent to the jury I guess two responses to that your honor first is context and that's baseline black-letter defamation jurisprudence and on the one hand you have matters that like the Farrah case where is this real or is this not real and the court put itself in the position of the reasonable blog viewer and in this instance it would be the reasonable theater goer that's at one end all the way at the other extreme is you have this case which is based on the context it has to be fiction it it says right in the tagline it's fiction you don't go to arena stage to get a documentary you go there to be entertained with the theatrical production if you look at the stagecraft that are inspired art and it's not just the tiger and the dead ghost mayor it's the lawyer in the cell who's talking to the Mikhail character and then he's suddenly speaking to a crowd and there are voices chanting the protagonist's name and I say protagonist because now that this is a play about as he complains us about the Mikhail character in his fight with Putin and would you would you not say that so I think a lot of that is as well taken would you not say that about the parody ad and hustler versus Falwell it seems like a lot of the context I mean the magazine that was in the type of stuff that would typically attend that placement seems to me to be something that you would take you would take account of as a matter of context and a court could just say as a matter of law we're not gonna let the jury decide whether as the court says at page 57 of his opinion whether the hustler ad parody could be reasonably understood as describing actual facts about Falwell or actual events in which he participated but that issue still went to the jury in that case and maybe it was wrong to go to the jury the Supreme Court didn't necessarily say it was right or wrong but that's in fact what happened in that correct and it should not hear in the words of the this court in Farah having a matter go that should be dismissed is not only useful or a misuse of resources but it subjects the parties in the court to needless litigation that's the purpose of a motion to dismiss and that is what should be done here you can't in the words of Iqbal and Twombly you can't cure a deficient complaint that fails to state a cause of action as a matter of law by giving the party some additional discovery and as the district court asked mr. Foster repeatedly well what kind of discovery would you have here that would make any difference and there isn't any there isn't any can I ask you just the same question the judge Henderson asked which is that you and you referred to it a couple times the tagline so as I understood it the district court decided not to take that into account but granted dismissal anyway and it may be that you know you could say that look when you when you watch the play you don't need the tagline you understand that from watching the play but the tagline is helpful to you that's why you relied on your briefs and that's why you invoked an oral argument what's your view on whether we can take account of that at the dismissal stage you can because it is the court should be viewing the alleged defamatory work in context and context is not just cherry you can't just cherry-pick certain lines out of the play but you experience the play as the play but the tagline isn't in isn't in the play it is in the playbill which if you looked at the video you see audience goers leafing through the playbill it is I didn't have I didn't have binoculars to see what the audience members were leafing their way through so I just I'm actually asking a serious question I think which is that I understand that the play and the video are should be treated by us as an evidence because both parties seem to agree on that but I don't know that that means that every single thing that is associated with the play and again I'm not saying that you necessarily need it but I it is something that you rely on quite a bit to some effect and I'm separate document you know that's in a website description is something that we take account of at the dismissal stage I believe there is case law on that and I'm thinking of the several cases that for example Derry Pasca which was affirmed by this court where there were there was recognition of historical articles related to the defamation and to the claims of the the plaintiff but as the district court said you don't have to go there I mean if it's helpful it sets the stage no pun intended when you walk in and you have in your hand as well as you have purchased tickets that through the website which is used a lot I'm not going to go beyond the four corners of this but it is there are purchases done on the website and the place title is kleptocracy a fictional play inspired by historical it's the exact inspired by historic events well is that that that's in the title what you that is that is the tagline to the title yes yes which is why we cited the the showed the website of course if you are a theatergoer and you walk you know there's no scrim there was no stage you you come and you sit down and there's a bare stage there's nothing that shoots the name of the play and the tagline on the screen as you're standing there but with the same the tagline so you keep saying tagline what what what do you mean by tagline is that the same as subtitle that's a good a good way to then there's this sentence that goes underneath it subtitle tagline do we do we know whether the people who actually viewed it you couldn't view it on a website could you don't you have to go to the theater you do all right and aren't they handed playbills they are so they have constructive notice that it is a fictional play they do your honor we would agree with that position is the subtitle on the program it is it's also again you know on the website but the district court you know found that the Tigers the ghost all of these other elements injected that without having to be told this is a work of fiction but either way we believe that the district court got it right and dismissal was appropriate of both claims make sure my colleagues don't have additional questions for you as well I'm just not I'm looking at the arena stage website and the title of the play it looks like the full title including any subtitle is this play the full title of this play including its subtitle is kleptocracy a work of fiction etc etc I can't get on the website right now your honor because I'll disconnect I'm not I'm not asking you to confirm or deny the website I'm just trying to get clarification on what you're what you are asserting here today so when the tickets were purchased and our brief at joint appendix page I think it's either it's 24 cited the place where you could buy tickets and the play was then referred to as kleptocracy a work of historic play inspired by historic events I can't say whether that has changed since you can no longer buy tickets it was available only through January 2020 so what you might be seeing on the website now your honor is may not be what a theater goer saw when he or she purchased tickets but you're saying that every theater attendee got a program that included the words on the cover after kleptocracy fictional play inspired by historical events that's correct it's on the cover of the program yes it is I would try to get you some binoculars your honor but perhaps we should have done that before I'm not sure that that's they have a PDF of the program and it it doesn't say what you're saying it says I don't think it matters but yeah I'm not necessarily no I'm not necessarily saying that it's matter but I'm curious about it as a matter of historical facts so to speak but okay all right thank you miss wall unless my colleagues have anything further well mr. Foster will give you two minutes for a bottle thank you your honor you ask which are the ones that go to the jury and which are the ones that don't go to the jury the ones that tell you that they are presenting irreverent sorry facts and that they're presenting hard math those are the ones that go to the jury the ones that say well we don't know this may be the case this may not be the case but remember immediately after the murder scene Putin comes back and he says I'm going to tell you I'll be at his exact words but you can't you can't incontestable that's what he says I'm going to tell you incontestable facts about Khodorkovsky he says for those of us in the audience who like our incontestable facts and then he says and insofar as the murder is concerned we think it is hard math for those of us in the audience who like our hard math the the play is telling the audience for you we are presenting incontrovertible facts and hard math those are the ones that go to the jury now also in Farah which was mentioned Farah didn't accuse anyone of criminal conduct that's the distinction that Moldea makes when you accuse someone of criminal conduct it becomes a garden variety libel in which context as Moldea says about about the the case involving the the sports opinion Moldea says it didn't didn't have to go there because it was a garden variety libel accusing of criminal contract conduct that's what sets this case apart and that's what makes it go to the jury I might just as an aside arena arena stage is not a place where gullible people go it is a place where sophisticated people go and they go because they want to see the connection of true figures to what the playwright is asserting to be the facts the irretrievable immutable facts and hard math about those players thank you sir okay counsel thank you unless my colleagues have questions for you I just wanted to make one clarification especially to be fair to miss wall there on page one of the program it only says kleptocracy but on page 11 there's something called title page and it does say kleptocracy a fictional play as miss wall described so I don't even know if this is something we can take judicial notice of I don't think it matters to the reasoning but I I did want to be fair to both mr. Foster and miss wall thank you very much your honor I was nervous but thank you for correcting that thank you counsel thank you to both counsel we'll take this case under submission
judges: Srinivasan, Henderson, Walker